■ In the Matter of ALLSTATE INSURANCE COMPANY, Respondent, v JOSEPHINE FULLONE et al., Appellants. [998 NYS2d 129]— In a proceeding pursuant to CPLR article 75, inter alia, to permanently stay arbitration of claims for uninsured motorist benefits, Josephine Fullone and Damiano Fullone appeal, as limited by their brief, from so much of an order of the Supreme Court, Suffolk County (LaSalle, J.), dated October 16, 2013, as denied their motion to dismiss the proceeding as time-barred and temporarily stayed arbitration pending a framed-issue hearing.

Ordered that the order is affirmed insofar as appealed from, with costs.

The Supreme Court properly denied the defendants' motion to dismiss the proceeding as time-barred and temporarily stayed arbitration pending a framed-issue hearing. Mastro, J.P., Chambers, Sgroi and Miller, JJ., concur.